Daniel T. Quinn, Alaska Bar No. 8211141
dquinn@richmondquinn.com
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
907.276.5727
Attorney for Home Depot USA, Inc.

UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF ALASKA

MICHAEL PROCTOR,

Plaintiff,

v.

HOME DEPOT, USA INC. d/b/a THE HOME DEPOT SUPPLY BUILDER SOLUTIONS a/k/a THE HOME DEPOT

Defendant.

Case No. 3:10-cv-_____

**NOTICE OF REMOVAL TO FEDERAL COURT**

[Third Judicial District at Anchorage Case No. 3AN-09-12201 Civil]

**To the Clerk of the United States District Court for the District of Alaska:**

**Please take note** that defendant Home Depot, USA, Inc., hereby removes to this Court the state action described below in accordance with 28 U.S.C. §§ 1332, 1441, and 1446.

**STATE COURT ACTION**

1. The State Court action to be removed is *Michael Proctor v. Home Depot, USA, Inc. et al.*, Superior Court for the State of Alaska, Third Judicial District at Anchorage Case No. 3AN-09-12201.

Notice of Removal to Federal Court
Proctor v. Home Depot, 3:10-cv-
Page 1 of 4

SCHEER & ZEHNDER LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200 F: (206) 223-4065

Case 3:10-cv-00069-TMB   Document 1   Filed 04/08/10   Page 1 of 4

## TIME FOR REMOVAL

2.  Plaintiff filed his action in the Third Judicial District at Anchorage on or about November 27, 2009. The Complaint was served upon defendant on March 10, 2010. Defendant therefore has until April 9, 2010, or 30 days after service of the Complaint, to move for removal to this Federal District Court. 28 U.S.C. § 1446(b).

## BASIS FOR REMOVAL

3.  A party may seek removal of a State Court action where the amount in controversy exceeds $75,000 and the action is between citizens of different states. 28 U.S.C. § 1332(a)(1).

4.  A reasonable person would conclude that plaintiff is seeking damages in excess of $75,000. That is, in Plaintiff's Complaint, Plaintiff alleges damages including but not limited to, past and future pain and suffering, medical expenses, loss of income, loss of earning capacity, and loss of enjoyment of life. Further, by filing in Superior Court for the State of Alaska, Plaintiff has implicitly demanded the Superior Court of Alaska's jurisdictional minimum of $100,000. AS 22.10.020, AS 22.15.030.

5.  Based on his Complaint, Plaintiff is a resident of Palmer, Alaska.

6.  Defendant Home Depot, USA, Inc., is a corporation incorporated in the State of Delaware.

## REQUIRED DOCUMENTS

7.  A copy of plaintiff's Complaint is attached at **Exhibit 1**.

Notice of Removal to Federal Court
Proctor v. Home Depot, 3:10-cv-
Page 2 of 4

**SCHEER & ZEHNDER LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200 F: (206) 223-4065

Case 3:10-cv-00069-TMB   Document 1   Filed 04/08/10   Page 2 of 4

8. Defendant will promptly file a copy of this Notice with the Clerk of the Superior Court for the State of Alaska Third Judicial District at Anchorage and will give written notice to all adverse parties. 28 U.S.C. § 1446(d).

9. Within 10 days of this Notice, defendant will file with the District Court for the District of Alaska black-and-white copies of all additional records and proceeds in the State Court, together with counsel's verification that these are true and complete copies of all the records and proceeds. **Note: defendant has not yet filed an Answer and will file its Answer by April 9, 2010, or 7 days after notice of removal is filed, as allowed by F.R.C.P. 81(c)(2).**

WHEREFORE, defendant requests that the above action, *Michael Proctor v. Home Depot, USA, Inc. et al.*, Superior Court for the State of Alaska Third Judicial District at Anchorage Case No. 3AN-09-12201, be removed to the United States District Court for the District of Alaska.

DATED this ___ day of April, 2010.

RICHMOND & QUINN

By _____
Daniel T. Quinn, Alaska Bar No. 8211141
dquinn@richmondquinn.com
Attorney for Defendant Home Depot USA, Inc.

Notice of Removal to Federal Court
Proctor v. Home Depot, 3:10-cv-
Page 3 of 4

SCHEER & ZEHNDER LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200 F: (206) 223-4065

Case 3:10-cv-00069-TMB   Document 1   Filed 04/08/10   Page 3 of 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7th, 2010, a copy of the foregoing was served by mail on:

Richard Helm
Bookman & Helm, LLP
471 W. 36th Avenue, Suite 204
Anchorage, Alaska 99503

_____
RICHMOND & QUINN

2219\011\Pld\Notice of Filing of Notice of Removal

Notice of Removal to Federal Court
Proctor v. Home Depot, 3:10-cv-
Page 4 of 4

SCHEER & ZEHNDER LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065