IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MICHAEL PROCTOR,

    Plaintiff,

vs.

HOME DEPOT USA, INC. d/b/a THE HOME DEPOT SUPPLY BUILDER SOLUTIONS a/k/a THE HOME DEPOT,

    Defendant.

Case No. 3AN-09-12261 CI

## COMPLAINT

Plaintiff alleges:

1. Plaintiff, Michael Proctor, is a resident of Palmer, Alaska.

2. Defendant, Home Depot USA, Inc., is a Delaware corporation doing business in Anchorage, Alaska as The Home Depot Supply Builder Solutions a/k/a The Home Depot, which operates building supply stores in Anchorage, Alaska.

3. On December 2, 2007, plaintiff was shopping for floor tile at the Home Depot store in Anchorage, Alaska, located on Abbott Road.

4. While shopping, plaintiff removed a tile from the display to examine it. The tile underneath the one removed were negligently stacked and two boxes of tiles fell on plaintiff's foot as a result of this negligence.

5. As a result of this negligence and the two boxes of tile landing on plaintiff's foot, plaintiff was injured.

6. Plaintiff's injuries include a pain syndrome which requires that he take pain medication. The pain and medication and required medical treatment have caused plaintiff to miss work and to give up his job as chief pilot of Security Aviation. Plaintiff's damages include past and future pain and suffering, medical expenses, loss of income, loss of earning capacity and loss of enjoyment of life.

BOOKMAN & HELM, LLP
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851

Exhibit 1

Page 1 of 2 Pages

WHEREFORE, plaintiff asks that he be granted judgment against defendant for his damages in an amount to be proved at trial as well as his costs, interest and attorneys' fees, and for such other relief as the Court may deem just.

DATED at Anchorage, Alaska this 27 day of November, 2009.

BOOKMAN & HELM, LLP
Attorneys for Plaintiff, Michael Proctor

By: _____
Richard A. Helm
Alaska Bar # 7011059

Exhibit 1
Page 2 of 2 Pages

BOOKMAN & HELM, LLP
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851

Complaint
*Proctor v. Home Depot USA*
Case No. 3AN-09-    Page 2 of 2