# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>MICHAEL PROCTOR</u> v. <u>HOME DEPOT USA, INC.</u>

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                              CASE NO. <u>3:10-cv-00069-TMB</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: March 13, 2012
ENTERED AT JUDGE'S DIRECTION:

      Defendant's document titled Settlement Memorandum, at document number 43, has been filed however, it is deficient in the area(s) checked below:

___   Document is not signed. (D.Ak.LR 10.1)

___   Caption of the document is incomplete. (D.Ak.LR 10.1)

___   No proof of service on the document filed. (D.Ak.LR 5.1)

___   Document entitled is overlength. (D.Ak.LR 10.1)

___   Document is not in compliance with D.Ak.LR .

_X_   Other: <u>Is not in compliance with Judge Holland's order at docket 35</u>.

      The Clerk is directed to strike the above-referenced document from the record. Judge Burgess has not seen defendant's settlement conference memorandum. Judge Holland does have a copy of that memorandum.

[strike.ord][12/97]